UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:06CR-71-S

SHON PATRICK TAYLOR            MOVANT/DEFENDANT

v.

UNITED STATES OF AMERICA            RESPONDENT/PLAINTIFF

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that Taylor's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (DN 45) is **DENIED** and that the action is **DISMISSED.**

**IT IS HEREBY FURTHER ORDERED** that a certificate of appealability is **DENIED**. 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). This Court **certifies** that an appeal would be frivolous and therefore not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

There being no just reason for delay in its entry, this is a final and appealable Order.

Date: August 3, 2011

                                                   **Charles R. Simpson III, Judge**
                                                   **United States District Court**

cc:      Shon Patrick Taylor, *pro se*
         United States Attorney
4411.010